Circuit Court for Baltimore County
CC# 03-K-11-005168

IN THE COURT OF APPEALS OF MARYLAND


No.116


September Term, 2013

_____


STATE OF MARYLAND


v.


RONNIE TURNER

_____



Barbera, C.J.
Harrell
Battaglia
Greene
Adkins
McDonald
Watts,

                          JJ.

_____



PER CURIAM ORDER

_____



Filed: July 21, 2014

_____

STATE OF MARYLAND               *     IN THE

                                 *     COURT OF APPEALS

         v.              *     OF MARYLAND

                                 *     No. 116

RONNIE TURNER               *     September Term, 2013

## PER CURIAM ORDER

The Court having considered and granted the petition for writ of certiorari in the above entitled case, it is this 21st day of July, 2014,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated and the case is remanded to that Court for further consideration in light of Nalls v. State, 437 Md. 674, 89 A.3d 1126 (2014); Melvin v. State, 437 Md. 674, 89 A.3d 1126 (2014); Szwed v. State, 438 Md. 1, 89 A.3d 1143 (2014); and Morgan v. State, 438 Md. 11, 89 A.3d 1149 (2014). Costs in this Court to be paid by the Respondent, and costs in the Court of Special Appeals to abide the result.

/s/ Mary Ellen Barbera
Chief Judge